LAURA E. DUFFY
United States Attorney
THOMAS B. REEVE, JR.
Assistant United States Attorney
California State Bar No. 069310
Federal Office Building
Room 6293, at 880 Front Street
San Diego, California  92101-8893
Facsimile:   (619) 557-5004
Telephone:  (619) 557-7159
Tom.Reeve@usdoj.gov
Attorneys for the United States Postal Service

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO MARTINEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO; COUNTY OF SAN DIEGO; CITY OF IMPERIAL BEACH; and<br>DOES 1 to 20, inclusive,<br><br>    Defendants.<br>_____<br>CITY OF IMPERIAL BEACH,<br><br>    Cross-Complainant,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, and ROES 1-20,<br><br>    Cross-Defendant.<br>_____ | Civil No. _____'11CV0527 JLS  NLS_____<br><br>**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**<br>(28 U.S.C. §§ 1441, 1442, 2679(b)(1))<br><br><br>Formerly<br>Superior Court case no. 37-2010-00076963-CU-PO-SC; Hon. William S. Cannon; Dept. S-04 |

COMES NOW the Cross-Defendant, the United States Postal Service, and through the United States Attorney for the Southern District of California, Laura E. Duffy, with Thomas B. Reeve, Jr., Assistant U. S. Attorney, respectfully notices the removal of the above-captioned matter to United States District Court for the Southern District of California, pursuant to 28 U.S.C. §§ 1442, etc.

-1-

1. A federal agency, the United States Postal Service has been named as a Cross-Defendant in the above-captioned case now pending in the Superior Court of California, San Diego County, case no. 37-2010-00076963-CU-PO-SC, and no trial has yet been had therein.

2. It does not appear that service under Fed. R. Civ. P. § 4(i) has been completed upon the United States Postal Service. However, the United States Attorney is aware of the action.

3. Removal of this case is appropriate under 28 U.S.C. § 1442, as the Cross-Defendant, United States Postal Service, is an agency of the United States.

4. Section 1442 states, in part:

> (a) A civil action ... commenced in state court against any of the following may be removed by them to the district court of the United States for the district and division embracing the place wherein it is pending ... (1) The United States or any agency thereof ....

28 U.S.C. § 1442(a)(1).

5. This action is properly removable to this Court, as the Southern District of California embraces the place in which the above-captioned civil action is pending and it also appears to be the district within which the underlying events occurred.

6. A further basis for removal is that the claims appear to be for monetary recovery arising from an alleged personal injury. As such, this matter that can be brought, if at all, only upon compliance with and under the provisions of the Federal Tort Claims Act (28 U.S.C. §§ 1346(b), 2671-2680) ("FTCA").

7. United States District Courts have exclusive jurisdiction over FTCA litigation pursuant to 28 U.S.C. §§ 1346(b)(1) & 2679(b)(1).

> the district courts ... shall have exclusive jurisdiction of civil actions on claims against the United States for money damages ... for ... personal injury

28 U.S.C. 1346(b)(1).

> (b)(1) The remedy against the United States ... for injury or loss ... arising or resulting from the negligent or wrongful act or omission of any employee of the Government ... is exclusive of any other civil action or proceeding for money damages .... Any other civil action ... is precluded

28 U.S.C. § 2679(b)(1).

8. It is anticipated that the Cross-Defendant may raise several defenses to the claims in the complaint, including: (1) that the indemnity action is premature and there is no Article III (case or controversy) jurisdiction for it to now be heard, (2) That FTCA is a limited and conditional waiver of sovereign immunity and failure to fully satisfy and comply with the FTCA results in a lack of subject matter jurisdiction, and (3) that Cross-Defendant, United States Postal Service is an improper defendant under the FTCA, and (4) such other and further defenses as are determined to be appropriate after investigation of the matter.

9. A copy of the cross-complaint is concurrently filed as Exhibit A.

10. A copy of the underlying complaint is concurrently filed as Exhibit B.

Respectfully submitted,

March 17, 2011

LAURA E. DUFFY
United States Attorney

/s/ **Thomas B. Reeve, Jr.**
THOMAS B. REEVE, JR.
Assistant U.S. Attorney
Attorneys for Defendant
United States Postal Service

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Marco Martinez

### DEFENDANTS
PLEASE SEE ATTACHMENT

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Patrick G. Shea, Mitchell & Shea
2368 Second Avenue, San Diego, CA 92101 (619) 702-6517

Attorneys (If Known)
**'11CV0527 JLS NLS**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. Section 1441, 1442, 2679(b)(1)
Brief description of cause:
Personal Injury indemnity action against the United States Postal Service

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 3/17/2011
SIGNATURE OF ATTORNEY OF RECORD
Thomas B. _____ Assistant U.S. Attorney

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## ATTACHMENT TO CIVIL COVER SHEET

**PLAINTIFF**

Marco Martinez

**DEFENDANTS**

City of San Diego; County of San Diego; City of Imperial Beach; and Does 1 to 20; inclusive

**CROSS-COMPLAINANT**

City of Imperial Beach

**CROSS-DEFENDANT**

United States Postal Service, and Roes 1-20

**ATTORNEYS**

Patrick G. Shea, Michael & Shea
2368 Second Avenue, San Diego, CA 92101 (619) 702-6517
Attorney for Plaintiff Marco Martinez

Steven E. Boehmer, Esq., Carrie Mitchell, Esq., McDougal Love Eckis Boehmer & Foley, 8100 La Mesa Blvd., Suite 200, La Mesa, CA 91942 (619) 440-4444
Attorneys for Defendant and Cross-Complainant City of Imperial Beach

Thomas B. Reeve, Jr., Assistant U.S. Attorney, 880 Front Street, Room 6293, San Diego, CA 92101, (619) 557-7159
Attorney for Cross-Defendant the United States Postal Service